# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-40067

United States Court of Appeals
Fifth Circuit

**FILED**
November 26, 2019

Lyle W. Cayce
Clerk

MONICA QUINONES,

　　　Plaintiff - Appellant

v.

WAL-MART STORES TEXAS, L.L.C.,

　　　Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:17-CV-477

Before SOUTHWICK, GRAVES, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

　　This is an appeal of the district court's grant of summary judgment to Wal-Mart in a slip and fall case. After consideration of the briefs, record and applicable law, we conclude that the matter should be affirmed, essentially for the reasons stated by the district court. Because the district court did not err in granting summary judgment, we **AFFIRM**.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.